■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID P. HASKINS, Also Known as DAVID HASKINS, Appellant. [831 NYS2d 90]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered March 14, 2005. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Lunn, Peradotto and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE S. BENTON, Appellant. [831 NYS2d 90]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered August 1, 2003. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree (three counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Lunn, Peradotto and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WESLEY WIGGINS, Appellant. [831 NYS2d 91]—Appeal from a new sentence of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered April 12, 2005 imposed upon defendant's conviction of criminal possession of a controlled substance in the first degree. Defendant was resentenced pursuant to the Drug Law Reform Act upon his 1991 conviction.

It is hereby ordered that the sentence so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Lunn, Peradotto and Green, JJ.